ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Cherokee 8A Group, Inc. | ) ASBCA No. 63237 |
| | ) |
| Under Contract No. W912DS-16-C-0005 | ) |

APPEARANCE FOR THE APPELLANT:     John Manfredonia, Esq.
               Manfredonia Law Offices, LLC
               Cresskill, NJ

APPEARANCES FOR THE GOVERNMENT:     Michael P. Goodman, Esq.
               Engineer Chief Trial Attorney
               Rita Fang, Esq.
               Lorraine C. Lee, Esq.
               Trial Attorneys
               U.S. Army Engineer District, New York

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: September 20, 2022

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63237, Appeal of Cherokee 8A Group, Inc., rendered in conformance with the Board's Charter.

Dated: September 20, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals